In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-23-00067-CV
_____

IN THE INTEREST OF A.M.L.

On Appeal from the 253rd District Court
Liberty County, Texas
Trial Cause No. 22DC-CV-00247

## MEMORANDUM OPINION

On February 27, 2023, Appellant L.L. filed a notice of appeal from a proposed termination order signed by an associate judge on February 23, 2023. Appellant also filed a request for a de novo hearing by the referring court. On May 2, 2023, we notified the parties that the appeal would be dismissed unless our jurisdiction was established in a written response we received on or before May 9, 2023. On May 25, 2023, we notified the parties that we would dismiss the appeal unless a supplemental clerk's record containing the trial court's final order was filed with the appellate court by June 5, 2023. As of this date, no supplemental clerk's record has been filed

1

and no party has filed a response that establishes our jurisdiction over the appeal. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 14, 2023
Opinion Delivered June 15, 2023

Before Golemon, C.J., Horton and Wright, JJ.